

# HANNON & JOYCE
LAW OFFICES

PUBLIC LEDGER BUILDING, SUITE 1000
150 SOUTH INDEPENDENCE MALL WEST
PHILADELPHIA, PENNSYLVANIA 19106-3413
(215) 446-4460  —  (888) 222-FELA (US)  —  (215) 446-4479 (FAX)

☐ REPLY TO
900 CENTERTON ROAD
MOUNT LAUREL, NJ 08054

(856) 914-0220
(856) 914-0429 (FAX)

THOMAS J. JOYCE, III, PARTNER
tjoyceIII@hannonandjoyce.com

March 30, 2005

Hon. Douglas P. Woodlock
USDC, District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re:  Joseph Crawford v. National Railroad Passenger Corporation
     Civil Action No. 04-12234 DPW

Dear Judge Woodlock:

We are co-counsel in the above-referenced matter. This letter is to advise Your Honor that local counsel, Michael McDevitt, Esq., of Lawson & Weitzen, LLP, will be appearing for Plaintiff at the initial conference on April 7, 2005, at 3:00 p.m. I have made arrangements to be available by telephone.

Respectfully submitted,

THOMAS J. JOYCE, III

TJJ:tp
Cc: Michael McDevitt (via facsimile)
    Paul Sahovey (via Facsimile)