UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOSEPH M. CRAWFORD,
*Plaintiff*,

v.

NATIONAL RAILROAD
PASSENGER CORPORATION,

Defendants

Civil Action No. 04-12234DPW

## MOTION FOR ENTRY OF APPEARANCE *PRO HAC VICE*

Plaintiff, Joseph Crawford, hereby moves that Thomas J. Joyce III, Esquire, be admitted *pro hac vice* in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which *pro hac vice* counsel specializes: Federal Employers Liabilities Act.

Dated: 4-5-05

Respectfully submitted,

JOSEPH CRAWFORD

Plaintiff

By his Attorney,

*Michael J. McDevitt*

Michael J. McDevitt
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210-1736
Telephone: (617) 439-4990
Facsimile: (617) 439-3987