UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOSEPH M. CRAWFORD,
                                   *Plaintiff,*

v.

NATIONAL RAILROAD
PASSENGER CORPORATION,
                                   *Defendants*

Civil Action No. 04-12234DPW

## ATTORNEY'S CERTIFICATION FOR *PRO HAC VICE* ADMISSION

(1) I certify that I am a member in good standing of the bar of the States of Pennsylvania and New Jersey and the bar of the federal district court for the Eastern District of Pennsylvania, Western District of Pennsylvania and District of New Jersey, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Massachusetts Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(3) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to

do so my result in my being disqualified, either upon the Court's motion or motion of other

parties in the case.

_____          _____
Thomas J. Joyce, III, Esq.               Local Associate Counsel
Public Ledger Building, Suite 1000       Michael J. McDevitt, (BBO No. 564720)
150 South Independence Mall West          88 Black Falcon Avenue, Suite 345
Philadelphia, PA  19106-3413             Boston, MA 02210-1736
Telephone: 1-888-222-3352                Telephone: (617) 439-4990
Facsimile: (215) 446-4479                Facsimile:  (617) 439-3987


ORDER:     This motion is hereby _____

                              _____
                              United States District Judge

                              Date: _____