IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Boston Division

JOSEPH CRAWFORD,

    Plaintiff

vs.                            Civil Action No.: 04-12234DPW

NATIONAL RAILROAD
PASSENGER CORPORATION,

    Defendant.

### RULE 16(O)(3) CERTIFICATION

    This is to certify that the Plaintiff, Joseph Crawford, and his counsel, Thomas Joyce, Esq. and Michael J. McDevitt, Esq., have conferred to establish a budget for the full litigation of the above-captioned matter as well as a budget for various alternative courses. Joseph Crawford and his counsel have further discussed the resolution of the litigation through the use of Alternative Dispute Resolution programs. This case is appropriate for mediation.

    Respectfully Submitted,

ATTORNEY FOR PLAINTIFF

_____
Thomas J. Joyce, III, Esq.
HANNON & JOYCE

ATTORNEY FOR PLAINTIFF

_____
Michael J. McDevitt, Esq.
LAWSON & WEITZEN, LLP
Local Counsel for Plaintiff

PLAINTIFF

_____
Joseph Crawford

Dated: 3/30/05