IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Boston Division

JOSEPH M. CRAWFORD,

    Plaintiff

vs.                          Civil Action No.: 04-12234(DPW)

NATIONAL RAILROAD
PASSENGER CORPORATION,

    Defendant

**PROPOSED JOINT SCHEDULING PLAN
PURSUANT TO RULE 16(B) AND 26(F)**

1.    Statement of the Case

This case involves a personal injury action brought pursuant to an Act of Congress known as the Federal Employer's Liability Act (FELA), 45 U.S.C., Sec. 51 et seq. Joseph M. Crawford worked for the defendant from 1974 to present, as an assistant foreman in the track department, inspecting and repairing railroad tracks.

As a result of his job duties, Plaintiff was exposed to the occupational risk factors for carpal tunnel syndrome, including but not limited to repetition force, vibration and awkward wrist posture. It is Plaintiff's claim that as a result of the Defendant's negligence, Plaintiff was diagnosed with carpal tunnel syndrome.

Defendant failed to provide Plaintiff with a safe work environment under the FELA, specifically, failing to adequately warn Plaintiff of the risks, dangers and harm to which he was exposed.

The Defendant denies Plaintiff's claims and further denies that its' alleged negligence was the proximate cause of Plaintiff's injuries.

2. <u>Joint Discovery Plan</u>

The attorneys for the parties have reached an agreement for a proposed Pretrial schedule as follows:

(a) All additional parties shall be joined by May 13, 2005.

(b) Amendment of pleadings shall be completed by May 13, 2005.

(c) Parties will exchange initial disclosures by June 13, 2005.

(d) All fact discovery should be completed by October 13, 2005.

(e) All experts who may be witnesses for the Plaintiff shall be designated no later than November 14, 2005.

(f) All experts who may be witnesses for the Defendant shall be designated no later than December 13, 2005.

(g) All expert discovery shall be completed by January 13, 2006.

(h) All motions for Summary Judgment to be filed by February 13, 2006.

Thomas J. Joyce, III, Esq., of Hannon & Joyce, and Michael J. McDevitt, of Lawson & Weitzan, LLP, counsel for Plaintiff, and Paul Sahovey, Esq. of Massachusetts Bay Transportation Authority, counsel for Defendant, have conferred concerning the above discovery schedule and expenses.

Counsel for the parties have discussed informally exchanging discovery to reduce the cost of litigation to our clients and agreed to conform to the obligation to limit discovery set forth in F.R.C.P. 26(b). Discovery is expected to include all relevant information including but not limited to Plaintiff's work and medical history as well as Defendant's safety, medical and environmental efforts regarding exposure to ergonomic risk factors for occupational carpal tunnel syndrome.

The parties and their respective counsel have conferred regarding settlement.

Dated: March 30, 2005

Respectfully Submitted,

ATTORNEY FOR PLAINTIFF

ATTORNEY FOR DEFENDANT

Thomas J. Joyce, III, Esq.
HANNON & JOYCE
Public Ledger Building, Suite 1000
150 S. Independence Mall West
Philadelphia, PA 19106
215-446-4460

Paul Sahovey, Esq.
Massachusetts Bay
Transportation Authority
10 Park Plaza
Boston, MA 02116-3974
617-222-3189

Michael J. McDevitt, Esq.
Lawson & Weitzen
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
617-439-4990
Local Counsel for Plaintiff