UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH M. CRAWFORD,
    Plaintiff,

v.                    CIVIL ACTION
                       NO. 04-12234-DPW

NATIONAL RAILROAD PASSENGER
CORPORATION
    Defendant,


SCHEDULING ORDER

WOODLOCK, D.J.

    This Order is intended primarily to aid and assist counsel in scheduling and planning the preparation and presentation of cases, thereby insuring the effective, speedy and fair disposition of cases, either by settlement or trial.

    The above-entitled action having been heard on April 7, 2005, it is hereby ORDERED pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), that:

(1)    amendments and/or supplements to the pleadings shall be filed by **MAY 13, 2005**;

(2)    all trial experts are to be designated and disclosure of information contemplated by FRCP, Rule 26 provided by the plaintiff(s) no later than **NOVEMBER 14, 2005**, and by the defendant(s) no later than **DECEMBER 13, 2005**; expert depositions to be completed by **JANUARY 13, 2006**;

(3)    discovery is to be completed by **OCTOBER 13, 2005**, unless shortened or enlarged by Order of this Court;

(4)    motions for summary judgment are to be filed by **FEBRUARY 13, 2006**, after completion of the necessary discovery and responses are to be filed within fourteen (14) calendar days thereafter pursuant to Local Rule 7.1 and all filings must conform to the requirements of Local Rule 56.1;

(5)    the parties orally advised this Court that they consent to re-assignment of this case for all purposes to magistrate judge

      for all pretrial, trial, and post trial proceedings pursuant to 28 U.S.C. §636(c)..

      All provisions and deadlines contained in this order having been established with the participation of the parties to this case, any requests for modification must be presented to the judge or magistrate judge, if referred for case management proceedings.  Any requests for extension will be granted only for good cause shown supported by affidavits, other evidentiary materials, or reference to pertinent portions of the record.  The request shall be made by motion and shall contain the reasons for the request, a summary of the discovery which remains to be taken, and a date certain when the requesting party will complete the additional discovery, join other parties, amend the pleadings or file motions.  The Court may then enter a final scheduling order, if necessary.

      Counsel are encouraged to seek an early resolution of this matter.  Additional case management conferences may be scheduled by the court or upon the request of counsel, if the Court can be of assistance in resolving preliminary issues or in settlement.

      By the Court,

      /s/ Michelle Rynne

DATED:    April 15, 2005      Deputy Clerk