UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH M. CRAWFORD,
    Plaintiff,

v.                                CIVIL ACTION
                                      NO. 04-12234-DPW

NATIONAL RAILROAD PASSENGER
CORPORATION
    Defendant,

## ORDER OF RE-ASSIGNMENT TO MAGISTRATE JUDGE

WOODLOCK, D.J.

      At a conference APRIL 7, 2005, the parties orally advised this Court that they consent to re-assignment of this case for all purposes. Accordingly, the above captioned case is hereby ORDERED re-assigned to Magistrate Judge Bowler for all pretrial, trial, and post trial proceedings pursuant to 28 U.S.C. §636(c). The parties have completed and executed the "Consent to Jurisdiction by a United States Magistrate Judge" form. From this date forward the case number on all pleadings should be followed by the initials <u>MMB</u>.

                                                    By the Court,

                                                  /s/ Michelle Rynne
DATED: April 15, 2005                         Deputy Clerk