UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C. A. NO.  04-12234 DPW

| | |
|---|---|
| JOSEPH M. CRAWFORD,<br>    Plaintiff<br><br>vs.<br><br>NATIONAL RAILROAD<br>PASSENGER CORPORATION,<br>    Defendant | **STIPULATION OF DISMISSAL** |

Now come the parties to the above-captioned action and, pursuant to Rule 41(a)(1)(ii) of the Massachusetts Rules of Civil Procedure, hereby stipulate that all claims, including cross-claims and counterclaims, in this action, be dismissed with prejudice.

| Defendant | Plaintiff |
|---|---|
| NATIONAL RAILROAD | JOSEPH M. CRAWFORD |
| PASSENGER CORPORATION | |
| By its attorney, | By his attorney, |
| *Paul J. Sahovey* | *Thomas J. Joyce, III* |
| Paul J. Sahovey, Esq. | Thomas J. Joyce, III, Esq. |
| Assistant General Counsel | Hannon & Joyce |
| Transportation Building | Public Ledger Building |
| Ten Park Plaza | Suite 1000 |
| Boston, MA  02116 | 150 South Independence Mall West |
| BBO #437900 | Philadelphia, Pennsylvania  19106 |