UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH M. CRAWFORD,
       Plaintiff,

v.                                    CIVIL ACTION NO. 04-12234-MBB

NATIONAL RAILROAD
PASSENGER CORPORATION,
       Defendant.

## FINAL JUDGMENT

**SEPTEMBER 6, 2005**

**BOWLER, U.S.M.J.**

In accordance with the Stipulation of Dismissal, it is hereby **ORDERED** and **ADJUDGED**, that this action be **DISMISSED** with prejudice and without costs.

                                                             /s/ Marianne B. Bowler
                                                             **MARIANNE B. BOWLER**
                                                             United States Magistrate Judge